# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RENEE D. BELL,**

    **Plaintiff,**

**v.**                                                                                  Case No:   6:17-cv-326-Orl-31KRS

**STATE OF FLORIDA,**

    **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's application to proceed *in forma pauperis* (Doc. 2) and Magistrate Judge Spaulding's Report recommending that the application be denied (Doc. 10). Plaintiff filed a pleading which the Court construes to be an objection to Judge Spaulding's Report and Recommendation (Doc. 15).

Mrs. Bell has been a persistent litigant in this Court for more than a decade, consuming a great deal of this Court's time and that of the Eleventh Circuit Court of Appeals. This, her latest lawsuit involving her termination by the Florida Highway Patrol, is merely a rehash of the claims that have been litigated to finality. These claims here are frivolous and otherwise fail to state a cognizable cause of action. It is time for this nonsense to stop. It is, therefore

**ORDERED** that:

1. Plaintiff's objection to the Report and Recommendation is OVERRULED;

2. The Report and Recommendation is CONFIRMED and ADOPTED, and made a part of this Order;

3. Plaintiff's Application to proceed *in forma pauperis* is DENIED; and

4. Plaintiff's Complaint is DISMISSED with prejudice.   The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 18, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party